**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:   NATHAN ALLEN, SR.            CASE NO.: 17-10746
         BEVERLY ALLEN

         DEBTORS                      CHAPTER 13

## MOTION TO APPROVE LOAN MODIFICATION

**NOW INTO COURT**, through undersigned counsel, comes **NATHAN ALLEN SR. and BEVERLY ALLEN,** debtors herein, who respectfully represent:

1.

Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on August 5, 2017. The plan was confirmed on December 14, 2017

2.

Debtor has been approved by Rushmore Loan Management Services for a loan modification on their home. The current terms of the debtor's mortgage, as of the petition date, are a principal balance of **$282,210.85.70**, an interest rate of **4.625%**, with principal and interest payments of **$1,620.90.** Under the terms of the modification, the new principal balance will be **$280,772.60** at a fixed interest rate of **3.375%** with principal and interest payments of **$1,506.69.** A copy of the proposed Loan Modification Agreement is attached as Exhibit A.

3.

WHEREFORE, debtors pray that the Court approve the loan modification.

RESPECTFULLY SUBMITTED:

s/ Ryan M. Nolan
Ryan M. Nolan (#37244)
11750 Bricksome Ave., Ste. C.

Baton Rouge, LA. 70816
(225)293-6200
attorney@gouner.com